# In the United States Court of Federal Claims

Tyshee.d Davis

)
)
)
)
**Plaintiff(s),** )
)
**v.** )
)
**THE UNITED STATES,** )
)
**Defendant.** )
)

Case No. _23-565 T_

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

I will like to move to Washington DC soon. I live in pennsylvania. Looking for mysaf to file a claim about my Tax owed to me. I am back up in taxes and looking for the united States goverment to pay me back my taxes Owed to me. I have spent million of dollars, and I was the goverment to pay me back taxes owed to myself.

Received - USCFC

APR 1 8 2023

A-5

## 2. PARTIES

Plaintiff, _____, resides at _____

(Street Address)

_____,  _____

(City, State, ZIP Code)          (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____

_____

_____

## 3. PREVIOUS LAWSUITS.
Have you begun other lawsuits in the United States Court of Federal Claims?  ☐ Yes  ☑ No

If yes, please list cases: _____

_____

## 4. STATEMENT OF THE CLAIM.
State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

_____

A-6

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

I will like the court to grant me to proceed in forma pauperis because I really dont have any money to pay for this claim. I also will like this court to grant me 1.6 million dollars in back taxes owed to me

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___8___ day of ___4___, 2023
      (day)        (month)      (year)

_____
Signature of Plaintiff(s)

A-7