# In the United States Court of Federal Claims

No. 23-565 T

Filed: June 21, 2023

**TYSHEED DAVIS**
  **Plaintiff**

  v.                                                    **JUDGMENT**

**THE UNITED STATES**
  **Defendant**

Pursuant to the court's Order, filed June 20, 2023,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(b), that plaintiff's complaint is dismissed, without prejudice, for failure to prosecute.

                                          Lisa L. Reyes
                                          Clerk of Court

                        By:   *Debra L. Samler*

                                          Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.